IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00367-BNB

JOHN GARNER,

Plaintiff,

v.

UNITED STATES,
COUNSELOR DOLE,
UNIT MANAGER BOLEY,
ASSOCIATE WARDEN SWEETS, and
WARDEN MICHAEL W. GARRETT,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff John Garner is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. On February 13, 2008, Mr. Garner submitted to the Court a *pro se* Prisoner Complaint asserting violations of his constitutional rights pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). Subsequently on February 25, 2008, Plaintiff filed an Amended Complaint. In both the Complaint and the Amended Complaint, Plaintiff asserts that while he was housed at FCI Coleman in Coleman, Florida, another inmate fraudulently withdrew money from his inmate account. Plaintiff further asserts that named Defendants, employees of FCI Coleman, failed to investigate the fraudulent act by the other inmate. As relief, Mr. Garner requests the return of the money that was wrongfully taken from his account and punitive damages.

This Court lacks proper venue to review Mr. Garner's claims. Under 28 U.S.C. § 1391, the statute that provides for venue, paragraph (b) states that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because the actions by named Defendants occurred in Coleman, Florida, venue is improper in this Court. Therefore, the Complaint and action will be dismissed.

The Court further notes that the United States is not subject to suit under **Bivens. See FDIC v. Meyer**, 510 U.S. 471, 484-85 (1994). A suit against the United States is barred by sovereign immunity. **See Weaver v. United States**, 98 F.3d 518, 520 (10th Cir.1996); **Chapoose v. Hodel**, 831 F.2d 931, 935 (10th Cir. 1987) (same). The United States, therefore, improperly is named as a Defendant in this action Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00367-BNB

John Garner
Reg. No. 08122-007
USP
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/11/08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk